**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 103 MAL 2022

              Respondent         :

                            :  Petition for Allowance of Appeal
                            :  from the Order of the Superior Court
           v.                 :

                            :

DAVID LESLIE BARKSDALE,          :

              Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.